# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DIXON, | Case No. CV 16-5844-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that Plaintiff's request for an order remanding the case for further proceedings is GRANTED and judgment is entered in Plaintiff's favor as to his SSI application and the Commissioner's favor as to the DIB application.

DATED: January 10, 2018

JEAN ROSENBLUTH
U.S. Magistrate Judge